UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **XAVIER DOUTHARD**,  **Plaintiff,**  v.  **UNUM LIFE INSURANCE COMPANY OF AMERICA**  **Defendant.** | )))))))))))))  CASE NO. CV-19-_____ |

## NOTICE OF REMOVAL

Defendant, Unum Life Insurance Company of America ("Unum") hereby gives notice of the removal of the civil action entitled *Xavier Douthard v. Unum,*[1] pending in the Circuit Court of Etowah County, Alabama, as CV-2019-900781, to the United States District Court for the Northern District of Alabama, Middle Division.  The claims asserted in Plaintiff's Complaint are admittedly governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001-1461.  Thus, this Notice of Removal is based upon federal question jurisdiction and is filed pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  As grounds in support of this removal, Unum states as follows:

---

[1] In the style of the state court case, Plaintiff has referred to Defendant simply as "Unum."  The full and correct name of the Defendant is Unum Life Insurance Company of America.

I.  **NATURE OF THE ACTION**

1. In connection with his employment with Davidson Hotel Company, Plaintiff was covered under a group life insurance policy and a group long term disability insurance policy issued by Unum.

2. On or about October 6, 2017, Plaintiff was in a car accident and thereafter submitted claims to Unum for long term disability benefits and life insurance waiver of premium benefits. Those claims were denied.

3. On September 23, 2019, Plaintiff filed his Complaint in the matter styled *Xavier Douthard v. Unum,* CV-2019-900317, in the Circuit Court of Etowah County, Alabama ("the Complaint").

4. Plaintiff's Complaint has a single count for "LTD ERISA Benefits" under which he seeks relief pursuant to 29 U.S.C. § 1132.

5. A true and correct copy of the summons and complaint served on Unum are attached hereto as **Exhibit A.**

II. **FEDERAL QUESTION JURISDICTION**

6. The policies at issue are part of an employee welfare benefit plan governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq. ("ERISA").

7. Plaintiff seeks to recover benefits and to enforce rights under the plan. *See* Exhibit A, Complaint.

8. The District Courts of the United States have original jurisdiction over, and federal law controls, actions brought to recover benefits and to enforce rights under employee welfare benefit plans. *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 107 S.Ct. 1549, 95 L.Ed.2d 39 (1987).

9. Plaintiff concedes that this matter is governed by ERISA. *See* Exhibit A, Complaint, ¶ 8.

### III. TIMELINESS AND TECHNICAL REQUIREMENTS OF REMOVAL

10. The United States District Court for the Northern District of Alabama, Middle Division, is the federal judicial district and division embracing the Circuit Court in and for Etowah County, Alabama, where the suit was originally filed. Removal to this District and Division is therefore proper pursuant to 28 U.S.C. § 81(a) and § 1441(a).

11. Counsel for Unum accepted service of the summons and complaint on September 27, 2019. Thus, this removal is timely under 28 U.S.C. § 1446(b) in that removal is sought within 30 days from the date of service of the Summons and Complaint.

13. Pursuant to 28 U.S.C. § 1446(a), a copy of all records and proceedings from the state court file, including a copy of all process, pleadings, and orders served upon Unum, are attached to this Notice of Removal. *See* Exhibit A, Complaint.

14. Contemporaneously with the filing of this Notice of Removal, Unum will provide the Plaintiff, by and through his counsel of record, with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). Further, Unum will cause a copy of this Notice of Removal to be timely filed with the Clerk of the Circuit Court of Etowah County, Alabama, where the action was pending.

15. The proper filing fee has been tendered to the Clerk of the United States District Court for the Northern District of Alabama.

16. All prerequisites for removal have been met.

WHEREFORE, PREMISES CONSIDERED, Unum requests that this Court take cognizance and jurisdiction of this cause and enter any and all Orders necessary to effectuate the removal of this cause from the Circuit Court of Etowah County, Alabama, to this Honorable Court.

s/ Kristen S. Cross
James S. Williams (ASB-5148-W79J)
Kristen S. Cross (ASB -3465-S82K)
Attorneys for Unum Life Insurance
Company of America

OF COUNSEL:

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of October 2019, I served a copy of the foregoing upon all attorneys of record in the above-styled cause by email and by placing a copy of the same, properly addressed and postage prepaid, in the United States Mail:

    Myron Allenstein
Rose Marie Allenstein
Allenstein & Allenstein
141 South 9th Street
Gadsden, AL 35901
myron@allenstein.com
rose@allenstein.com

    /Kristen S. Cross
Of Counsel