# Exhibit "A"

DOCUMENT 1

ELECTRONICALLY FILED
9/23/2019 4:47 PM
31-CV-2019-900781.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 31 | Date of Filing: 09/23/2019 | Judge Code: |
|---|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### XAVIER DOUTHARD v. UNUM

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ALL016
Date: 9/23/2019 4:47:30 PM
Signature of Attorney/Party filing this form: /s/ MYRON KAY ALLENSTEIN

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
9/23/2019 4:47 PM
31-CV-2019-900781.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-10A  Page 1 of 2  Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | Case Number |
|---|---|---|

IN THE __Circuit__ COURT OF __Etowah__, ALABAMA
(Circuit, District, or Municipal) (Name of County or Municipality)

STYLE OF CASE: __Xavier Douthard__ v. __UNUM__
Plaintiff(s)                           Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ **CIVIL CASE**-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE**-- (such as paternity, support, termination of parental rights, dependency) -- I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE**-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION**-- I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

**SECTION 1.**

1. **IDENTIFICATION**
   Full name __Xavier Douthard__   Date of Birth __4/6/76__
   Spouse's full name (if married) __N/A__
   Complete home address __1630 Roberts St. Gadsden AL 35903__
   Number of people living in household __mothers home 3__
   Home telephone number _____
   Occupation/Job __disabled__   Length of employment _____
   Driver's license number __6209838__   *Social Security Number __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__
   Employer __disabled__   Employer's telephone number _____
   Employer's address __n/a__

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC   ☑ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other_____

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   Monthly Gross Income                                                  $ 0
   Spouse's Monthly Gross Income (unless a martial offense)              n/a
   Other Earnings: Commissions, Bonuses, Interest Income, etc.           0
   Contributions from Other People Living in Household                   ___
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.                                  0
   Other Income (be specific) _____                                     0
                           TOTAL MONTHLY GROSS INCOME               $ 0

   Monthly Expenses:
   A. Living Expenses                                                   $ ___
      Rent/Mortgage                                                     ___
      Total Utilities: Gas, Electricity, Water, etc                     ___
      Food                                                              ___
      Clothing                                                          ___
      Health Care/Medical                                               ___
      Insurance                                                         ___
      Car Payment(s)/Transportation Expenses                            ___
      Loan Payment(s)                                                   ___
   *OPTIONAL

| Form C-10 Page 2 of 2 Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
   Credit Card Payment(s)
   Educational/Employment Expenses
   Other Expenses (be specific) _____

   Sub-Total                                           A $ 0

B. Child Support Payment(s)/Alimony          $_____
                                                              B $ 15,000 behind
   Sub-Total
C. Exceptional Expenses                            $_____

   TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ 0

**Total Gross Monthly Income Less total monthly expenses:**

   DISPOSABLE MONTHLY INCOME                    $_____

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)   $ 0
   Equity in Real Estate (value of property less what you owe)   0
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)   0
   Other (*be specific*)
   Do you own anything else of value? ☐ Yes ☐ No
   (land, house, boat, TV, stereo, jewelry)   0
   If so, describe _____

   TOTAL LIQUID ASSETS                              $ 0

5. **Affidavit/Request**
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

   Sworn to and subscribed before me this

   16th day of September 2019           Affiant's Signature: *Xavier Douthard*

   Judge/Clerk/Notary                        Xavier Douthard
                                                          Print or Type Name

**ORDER OF COURT**

**SECTION II**
   IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

   IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
   IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
   Done this _____ day of _____

                                                             _____
                                                             Judge

DOCUMENT 3

ELECTRONICALLY FILED
9/23/2019 4:47 PM
31-CV-2019-900781.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK



IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| XAVIER DOUTHARD, | * |
| Plaintiff, | * |
| v. | *   Case Number: CV-2019- |
| UNUM, | * |
| Defendant | * |

## COMPLAINT
### LTD ERISA Benefits

1. Plaintiff, age 41, is a 19 year disabled former employee of Davidson Hotel Company.

2. Davidson Hotel Company was Plaintiff's employer. UNUM Plaintiff's LTD Plan.

3. Plaintiff came out of work due to an automobile accident on October 6, 2017. Plaintiff suffers from several bulging discs.

4. Plaintiff has a short term policy and a long term disability policy through Defendant.

5. Plaintiff applied for long term disability and those benefits were denied.

6. Plaintiff has applied for Social Security disability benefits.

7. Plaintiff has exhausted all administrative remedies.

8. This claim is filed pursuant to 29 U.S.C. §1132.

9. As a result of the denial of long term disability benefits, Plaintiff has lost other benefits including health insurance and life insurance.

10. Plaintiff is entitled to reinstatement of health insurance benefits and life insurance benefits.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.00.

s/MYRON K. ALLENSTEIN (ALL016)
ALLENSTEIN & ALLENSTEIN, LLC
Attorney for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com


ELECTRONICALLY FILED
9/24/2019 8:45 AM
31-CV-2019-900781.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

DOUTHARD XAVIER )
      Plaintiff, )
       )
    v. ) Case No.: CV-2019-900781.00
       )
UNUM )
      Defendant. )

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 24th day of September, 2019

/s/ WILLIAM B OGLETREE

CIRCUIT JUDGE



AlaFile E-Notice

31-CV-2019-900781.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

XAVIER DOUTHARD V. UNUM
31-CV-2019-900781.00

The following complaint was FILED on 9/23/2019 4:47:30 PM

Notice Date:   9/23/2019 4:47:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2019-900781.00

To: UNUM
1 FOUNTAIN SQUARE
CHATTANOOGA, TN, 37402

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

XAVIER DOUTHARD V. UNUM
31-CV-2019-900781.00

The following complaint was FILED on 9/23/2019 4:47:30 PM

Notice Date:    9/23/2019 4:47:30 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**31-CV-2019-900781.00** |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### XAVIER DOUTHARD V. UNUM

**NOTICE TO:** UNUM, 1 FOUNTAIN SQUARE, CHATTANOOGA, TN 37402

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of XAVIER DOUTHARD *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

| 09/23/2019 | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ MYRON KAY ALLENSTEIN
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____.
*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



AlaFile E-Notice

31-CV-2019-900781.00
Judge: WILLIAM B OGLETREE

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

XAVIER DOUTHARD V. UNUM
31-CV-2019-900781.00

The following matter was FILED on 9/24/2019 8:45:54 AM

Notice Date:   9/24/2019 8:45:54 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2019-900781.00
Judge: WILLIAM B OGLETREE

To: UNUM (PRO SE)
1 FOUNTAIN SQUARE
CHATTANOOGA, TN, 37402-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

XAVIER DOUTHARD V. UNUM
31-CV-2019-900781.00

The following matter was FILED on 9/24/2019 8:45:54 AM

Notice Date:    9/24/2019 8:45:54 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
XAVIER DOUTHARD V. UNUM

31-CV-2019-900781.00
WBo

To: CLERK ETOWAH
clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.95

Parties to be served by Certified Mail - Return Receipt Requested

UNUM                                                                    Postage: $6.95
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

UNUM
1 Fountain Square
Chattanooga, TN 37402
CV-2019-900781 WBO S/C D001

9590 9402 4839 9032 4650 47

2. Article Number (Transfer from service label)

7019 _120 0000 4760 7221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SJohnson
☐ Agent
☐ Addressee

B. Received by (Printed Name) 
C. Date of Delivery
8-27-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No


FILED
OCT 03 2019
CASE...... CIRCUIT C......

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**USPS TRACKING #**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



9590 9402 4839 9032 4650 47

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Cassandra "Sam" Johnson

Etowah County Circuit Clerk

801 Forrest Ave., Suite 202

Gadsden, AL 35901



AlaFile E-Notice

31-CV-2019-900781.00
Judge: WILLIAM B OGLETREE

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

XAVIER DOUTHARD V. UNUM
31-CV-2019-900781.00

The following matter was served on 9/27/2019

**D001 UNUM**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150